**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: SITAGLIPTIN PHOSPHATE ('708 & '921) PATENT LITIGATION | MDL No. 19-2902-RGA<br><br>C.A. Nos.<br>19-311-RGA,<br>19-312-RGA,<br>19-313-RGA,<br>19-314-RGA,<br>19-317-RGA,<br>19-318-RGA,<br>19-319-RGA,<br>19-347-RGA,<br>19-1489-RGA,<br>20-749-RGA,<br>20-776-RGA<br><br>PUBLIC VERSION FILED: September 9, 2020 |

**SUPPLEMENTAL DECLARATION OF PROFESSOR ALLAN S. MYERSON, Ph.D.
REGARDING CLAIM CONSTRUCTION**

I, Allan S. Myerson, declare as follows:

## I.     BACKGROUND

1.     I have reviewed the Sur-Reply Declaration of Dr. Graham Buckton, dated July 10, 2020, Joint Appendix 40 ("Buckton Sur-Reply Dec.") and the attached exhibits. In this declaration, I will respond to the opinions set forth in Dr. Buckton's sur-reply declaration with regard to the "crystallizing the dihydrogenphosphate salt of [sitagliptin] at 25 °C" limitation of claim 24 of the '708 patent.

2.     In reaching the opinions I express herein, I have considered the '708 patent and its prosecution history, the materials cited in this declaration, my Declaration dated March 19, 2020, Joint Appendix 3 ("Myerson Opening Dec."), Dr. Buckton's Declaration dated May 4, 2020, Joint Appendix 25 ("Buckton Response Dec."), my Declaration dated June 5, 2020, Joint Appendix 36 ("Myerson Reply Dec."), and the materials cited therein, as well as my training, general knowledge, basic principles, and experience in the relevant scientific disciplines.

## II.    CLAIM CONSTRUCTION

3.     I provide the following brief summary. <u>First</u>, I disagree with Dr. Buckton's opinion that the '708 patent's "General Methods," the Example, and claim 24 are disclosing separate, unrelated crystallization techniques and that claim 24 focuses on one such technique where crystallization *begins* at 25°C. Rather, the POSA would have understood from those various disclosures, taken together, that they refer to conditions under which the crystalline monohydrate described by the '708 patent is thermodynamically favored, meaning that it will form in preference to other potential forms. The POSA would have understood that when the crystallization process *passes through* the conditions specified in step (a) of claim 24 while the solution is cooling—*i.e.*, when at least some of the crystallization occurs at 25°C in the recited solvent mixture and water concentration—formation of the monohydrate is favored. The POSA

1

would have interpreted claim 24 to encompass processes where at least some of the crystallization occurs in these conditions, even if—consistent with the "comprising" claim language—the process also involves some crystallization under other conditions, which may include (but as I explain below need not necessarily include) conditions recited in the specification as also favoring the monohydrate form.

4. The POSA would *not* have understood claim 24 to require crystallization to *begin* at 25°C. The POSA would have recognized that limiting the crystallization process in this manner would artificially exclude many crystallizations that yield the particular monohydrate form Merck discovered—using conditions Merck recited in claim 24—simply because some crystallization happens to occur before the temperature is lowered through 25°C. In fact, nothing in the specification of the patent suggests that the inventors ever observed crystallization *beginning* at 25°C; and nothing in either the specification or the plain language of the claim suggests that the conditions recited in claim 24 relate to the temperature at which crystallization *begins*.

5. Second, I disagree with Dr. Buckton that the '708 patent would only yield a negligible amount of crystallization at 25°C. The slow, continuous cooling profile in the Example would promote crystallization across the temperature ramp, including at 25°C, ▪

▬▬▬▬▬▬▬▬

6. Third, I disagree with Dr. Buckton that the extrinsic evidence supports his interpretation that crystallization can only be described by a single temperature when crystals begin to form. As Dr. Buckton's evidence confirms, it is typical in the field to refer to crystallization occurring at multiple temperatures, consistent with Merck's construction.

2

### A. The '708 Patent Discloses and Claims Key Conditions for Crystallizing Sitagliptin Dihydrogenphosphate.

7. Dr. Buckton opines that step (a) of claim 24 corresponds to method (e) from the '708 patent's "General Methods for Crystallizing the Monohydrate." Buckton Sur-Reply Dec. ¶ 29 (citing J.A. 1 ('708 patent), 7:22-29). He further opines that step (a) of claim 24 is unrelated to the Example in the '708 patent, as well as methods (f) and (g), all of which he opines are "other crystallisation process[es], where the crystals form at temperatures well removed from 25 °C." Buckton Sur-Reply Dec. ¶ 29. I disagree. Dr. Buckton's opinions reflect a misunderstanding of the disclosures of the '708 patent.

8. Each of the "General Methods" of the '708 patent includes a crystallization step, which specifies three pieces of information: (1) a temperature, (2) a solvent combination, and (3) a water concentration. J.A. 1, 6:60-7:43. Those are, in essence, recipes for obtaining the crystalline monohydrate. More specifically, the POSA would have understood that under the conditions recited in the General Methods—all of which are combinations of temperatures, solvent systems, and water concentrations—the monohydrate is the thermodynamically most stable crystalline form.[1] To the extent crystallization occurred under those conditions, the '708 patent is disclosing that the crystalline monohydrate would be the most likely form to crystallize.

9. As the POSA would have recognized, step (a) of claim 24 is similar. Like the

---

[1] By "thermodynamically most stable," I mean the crystalline form that has the lowest free energy under a particular set of conditions (*e.g.*, solvent composition, temperature). Lower solubilities correspond to more stable crystalline forms. *See* J.A. 20 (Guillory 1999) at 191 ("The polymorph having the lower solubility is the more thermodynamically stable form, i.e., the form with the lower free energy at the temperature of the solubility measurement."). The POSA would have immediately recognized that the General Methods—as well as step (a) of claim 24—related to the thermodynamic stability of the monohydrate. *See* J.A. 28 (Khankhari) at 73 (noting that when working with pharmaceutical hydrates, "it is essential . . . to determine the conditions of temperature and water activity under which the different pseudopolymorphs of the drug are thermodynamically stable").

General Methods, it recites a particular temperature (25°C), solvent system (isopropanol and water), and water concentration (above 6.8%) in which the crystalline monohydrate is the thermodynamically stable crystalline form and thus most likely to crystallize. Importantly, the temperature is not the only condition it recites; to fall within the claim, the other conditions recited in step (a) must be met at the same time.

10. Dr. Buckton opines that the "General Methods" reflect mutually exclusive crystallization protocols. *See* Buckton Sur-Reply Dec. ¶ 29. I disagree. Methods (e), (f), and (g), for example, all disclose different combinations of temperature and water concentration in which the crystalline monohydrate is thermodynamically favored in a water-isopropanol co-solvent system. A single crystallization process could employ multiple of those conditions. For example, cooling crystallization procedures are typically designed so that the target crystalline form is the most stable form *throughout* the cooling procedure to avoid contamination with a different form. As such, a cooling crystallization protocol for the crystalline monohydrate in isopropanol and water could involve crystallization according to multiple of methods (e), (f), and (g)—as well as step (a) of claim 24—to ensure the purity of the crystalline product.

11. The Example is, in fact, so designed. I described this Example in detail in my first Declaration. *See* Myerson Opening Dec. ¶ 75. During the cooling procedure, the solvent system includes isopropanol and water, and the water concentration is approximately 36%.[2] The cooling process starts at 75°C. There is no indication that any crystalline solids form at this temperature. However, if any crystallization were to occur around 75°C, method (g) makes clear

---

[2] With a density of approximately 0.7854mg/mL, the 31.5mL of isopropanol has a mass of about 24.7g. The 13.5mL of water has a mass of about 13.5g. The 4.25g of 85% phosphoric acid comprises about 0.64g of water. The total mass of the solvents is thus about 38.84g, and the total mass of the water is about 14.14g, which yields a water concentration of about 36%.

4

that the monohydrate would be the thermodynamically favored crystalline form, as the water concentration is above 20%. The solution is then slowly cooled through 40°C and 25°C. Again, the disclosures of methods (e) and (f) make clear that the monohydrate would be the thermodynamically favored crystalline form at both 25°C and 40°C, given the water concentration of the crystallization solution.

12. Contrary to Dr. Buckton's opinion, the POSA would have understood that the Example in the '708 patent takes into account the information disclosed in all of methods (e), (f), and (g), as well as step (a) of claim 24. And the POSA would have understood that, by incorporating this information, the Example ensures that the crystalline monohydrate would be the most stable crystalline form throughout the crystallization procedure. Any crystallization that did occur in the Example at 25°C would fall within the ambit of step (a) of claim 24. And in fact, as I discuss below, some crystallization does occur at 25°C in the Example. This is consistent with my opinion, Merck's proposed construction, and the understanding of the POSA reading the '708 patent that step (a) from claim 24—and the General Methods—describe the *occurrence* of crystallization under a particular set of conditions, and are not limited to when crystallization *begins*.

13. I note that, under Dr. Buckton's proposed construction, the Example would not correspond to *any* of the General Methods, as he has opined that crystallization in the Example begins at 68°C, *see* Buckton Sur-Reply Dec. ¶ 28, which is not a temperature specified in any of the '708 patent's General Methods, *see* J.A. 1, 6:60-7:43.

14. Under Merck's construction, at least some crystallization would have to occur under conditions wherein the crystalline monohydrate is thermodynamically favored (*i.e.*, at 25°C, in a solvent system with isopropanol and water having a water concentration of at least

5

6.8%). Step (a) recites the solvent system and water concentration only at 25°C, leaving open the possibility that an overall crystallization process within the scope of the claim might include other unclaimed steps at other conditions, as the POSA would have understood from the word "comprising" in the claim. It is worth noting, however, that even if other, unclaimed aspects of a crystallization process involved some degree of crystallization under other conditions where the monohydrate is *not* favored, the act of ensuring that *some* of the crystallization occurs under the conditions recited in claim 24 could cause non-monohydrate crystals to convert to the monohydrate form. *See* J.A. 19 (Myerson) at 39 ("In crystallization processes involving a material that displays polymorphism, it is quite common for an unstable polymorph to appear first and then transform into a stable form. . . . What this means, therefore, is that a crystallization process, the initial solid phase, can be the least stable polymorph that will then transform into successively more stable forms until the stable form, at the conditions of the system, is reached."). It was thus reasonable for the inventors to claim one particular set of conditions through which the crystallization process must pass, without limiting the claim further by reciting other conditions at other temperatures.

15. Furthermore, as I have explained, nothing in the claims or the specification suggests that the conditions specified in step (a) of claim 24 are limited to the *onset* of crystallization. *See* Myerson Reply Dec. ¶ 18. For example, the specification does not disclose a protocol where crystals begin forming at 25°C. The POSA would have understood that under the conditions the inventors discovered—including those to which claim 24 refers—crystals could begin to form well before 25°C. And nothing in the specification provides the POSA with a reason to believe that the inventors were focused on the temperature at which crystallization begins. The POSA would have understood the significance of the recited conditions, rather, to

6

be as a way of encouraging the formation of the desired crystal form, regardless of the temperature at which crystallization begins.

16. For all these reasons, the POSA would have understood that claim 24 requires the use of one set of conditions (25°C, isopropanol/water, 6.8% water concentration) that favor the formation of—or transformation to—the crystalline monohydrate and requires the crystallization process (including at least some of the crystallization itself) to pass through these conditions. The POSA would not have understood the conditions recited in claim 24 as referring to when crystallization must begin.

**B.      In the '708 Patent's Example, Crystallization Occurs at 25°C.**

17. Dr. Buckton has opined that the "POSA would expect there to be very limited crystallisation at 25 °C when following the teachings of the Example." Buckton Sur-Reply Dec. ¶ 28. Dr. Buckton doesn't provide any rationale for this assertion, and I disagree with his opinion. The Example in the '708 patent is cooled at only 4°C an hour. At this relatively slow rate, the POSA would have expected crystallization to be steady and continuous throughout the cooling crystallization window. Indeed, it would be unusual for a cooling crystallization process with a steady temperature decrease (as in the Example in the '708 patent) to yield the skewed crystallization profile that Dr. Buckton posits. *See* Buckton Sur-Reply Dec. ¶ 28.

18. To support his opinion, Dr. Buckton cites a 2011 presentation, which he opines proves that "there will be very limited crystallisation" at lower temperatures in the Example. Buckton Sur-Reply Dec. ¶ 28 n.10 (citing J.A. 44). It is unclear to me why Dr. Buckton believes that presentation supports his opinions about the Example in the '708 patent. First, the graph that he cites (J.A. 44 at 69) does not report crystallization; rather, it reports solubility in a solvent system. But the rate of crystallization does not necessarily track solubility, since the solution can become supersaturated. *See* Myerson Opening Dec. ¶ 37. Second, the solvent system in J.A. 44

7

is different from the solvent system in the '708 patent's Example, as it includes both dimethyl sulfoxide (DMSO) and isopropyl acetate (IPAc).  J.A. 44 at 69.

19.  ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

8



20. ███████████████████████████ I disagree with Dr. Buckton that only a negligible amount of crystallization occurs in the range of 25°C in the '708 patent's Example. Rather, the slow temperature ramp in the Example promotes continuous crystallization across the range of temperatures. This is precisely what the POSA would have expected from a controlled cooling crystallization procedure, which is why I previously opined that the Example in the '708 patent likely included crystallization at 25°C. Myerson Opening Dec. ¶ 75; Myerson Reply Dec. ¶ 33.

21. For similar reasons, I disagree with Dr. Buckton's assertion that the '708 patent's Example is a "crystallisation at 68 °C" but not a "crystallisation at 25 °C." Buckton Sur-Reply Dec. ¶ 28. Characterizing the Example as a crystallization *only* at 68 °C—as Dr. Buckton would do—ignores the fact that the *majority* of crystallization occurs below that temperature during the cooling crystallization process. And it also ignores that the remainder of the process was controlled so as to yield the desired crystal form; the temperature at which crystallization *started* is not the only relevant aspect of the process. Part of that process involves crystallizing the compound at 25°C under particular conditions, as required by step (a) of claim 24. The

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
█████████████████████████████████

9

preceding crystallization steps (*e.g.*, crystallizing at 68°C) do not mean that the Example is not also crystallizing at 25°C.

### C. The Extrinsic Evidence Supports My Construction.

22. Dr. Buckton offers various opinions about the Lee paper, J.A. 33. *See* Buckton Sur-Reply Dec. ¶¶ 31-33. As I previously explained, however, that paper (which I co-authored) was focused on crystal nucleation. Myerson Reply Dec. ¶ 32. Even if that paper had any relevance to this dispute, it makes clear that "crystallization" is *not* limited to crystallization onset, but rather involves multiple steps that can occur over a range of temperatures. *See* Myerson Reply Dec. ¶ 31. Even Dr. Buckton now concedes that crystallization "may occur over a wider range of temperatures." Buckton Sur-Reply Dec. ¶ 33. Particularly given that concession, I disagree with him that crystallization must be described by a single "key temperature" when crystallization begins. Buckton Sur-Reply Dec. ¶ 33. Rather, it is typical in the field to refer to crystallization occurring at multiple temperatures or across a range of temperatures, consistent with Merck's proposed construction. And consistent with Merck's proposed construction, it often is relevant to specify the conditions under which crystallization is occurring, at different temperatures, even after crystallization has begun.

23. Finally, Dr. Buckton opines at length about the Behme patent, J.A. 32. *See* Buckton Sur-Reply Dec. ¶¶ 21-26. These opinions largely repeat what Dr. Buckton has expressed previously, which I addressed in my last declaration. *See* Myerson Reply Dec. ¶¶ 20-29. I will not repeat all of my opinions here. Briefly, I note that Dr. Buckton has provided no evidence from the Behme patent that crystallization of the P203 polymorph "occurs at 25°C," which is the critical assumption underlying his opinion. Buckton Sur-Reply Dec. ¶ 24. Rather, the Behme patent makes clear that crystallization of the P203 polymorph occurred above 95°C, consistent with Merck's proposed construction. *See* Myerson Reply Dec. ¶¶ 28-29.

24.     I also note that Dr. Buckton ignores entirely my analysis of Example 6 of Behme, *see* Myerson Reply Dec. ¶ 27, which states that crystals "began to form" at 114°C, but that, "[a]t 110°C, crystallization was very rapid," J.A. 32 (Behme) at 8:52-55.  Under Dr. Buckton's proposed construction, Example 6 of Behme would *only* constitute crystallizing at 114°C, not at 110°C.  That is plainly wrong.  As Behme itself states, Example 6 involved crystallizing at 114°C *and* crystallizing at 110°C.  Behme thus supports Merck's construction and is inconsistent with Dr. Buckton's construction that "crystallizing" is limited to a single temperature when "crystalline solids begin forming."  *See* Buckton Response Dec. ¶ 54.

11

Dated: September 1, 2020

_____
Allan S. Myerson, Ph.D.

# Exhibit A
# Redacted in its Entirety